**Order entered November 29, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00907-CV**

**TOMER DAMTI, Appellant**

**V.**

**ACET GLOBAL, LLC, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-04365**

**ORDER**

By agreed motion filed November 24, 2021, appellant seeks a ten-day extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than December 6, 2021.

/s/    BONNIE LEE GOLDSTEIN
          JUSTICE